# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Haiber V. Montehermoso ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:11-cv-291

State of North Carolina,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2012 Order.

Signed: January 18, 2012

Frank G. Johns, Clerk
United States District Court